FIFTH DISTRICT COURT OF APPEAL

_____

Case No. 5D2024-0952
LT Case Nos. 2015-CF-304123
2017-CF-301154
2017-CF-301157
2017-CF-301158
2017-CF-301159
2017-CF-303672

_____

CLAUDIOUS STALLINGS,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Rachael E. Reese, Rachael Reese, PA, Tampa, for Petitioner.

No Appearance for Respondent.

May 3, 2024

PER CURIAM.

    The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the March 1, 2024 order denying Petitioner's motion for postconviction relief rendered in Case Nos. 2015-CF-304123,

2017-CF-301154, 2017-CF-301157, 2017-CF-301158, 2017-CF-301159 and 2017-CF-303672, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, JAY, and EISNAUGLE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————